SIMPSON, by next friend, *v.* GEORGIA, SOUTHERN AND FLORIDA RAILWAY COMPANY.

LUMPKIN, J. Under the evidence introduced by the plaintiff in this case, there was no error in granting a nonsuit. The case does not fall within *Ashworth* v. *Southern Railway Co.*, 116 *Ga.* 635.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Argued July 29, — Decided August 5, 1905.

Action for damages. Before Judge Hodges. City court of Macon. September 29, 1904.

*John R. Cooper* and *Marion W. Harris*, for plaintiff.
*Hall & Wimberly, R. C. Jordan,* and *J. E. Hall,* for defendant.